1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY RAY MINOR,                    1:22-cv-01612-HBK (PC)

12              Plaintiff,

13        v.                               ORDER DENYING WITHOUT PREJUDICE
                                           PLAINTIFF'S MOTION TO PROCEED *IN*
14   MARGARET MIMMS,                       *FORMA PAUPERIS* AND DIRECTING
                                           PLAINTIFF TO FILE FULLY COMPLETED
15              Defendant.                 APPLICATION OR PAY FILING

16                                         TWENTY-ONE DAY DEADLINE

17                                         (Doc. No. 2)

18

19        Plaintiff Anthony Ray Minor initiated this action by filing a pro se civil rights complaint

20   under 42 U.S.C. § 1983 on December 15, 2022, while detained in the Fresno County Jail.  (Doc.

21   No. 1).  Plaintiff concurrently moved to proceed *in forma pauperis* under 28 U.S.C. § 1915.

22   (Doc. No. 2).  Plaintiff's application, however, fails to comply with § 1915(a)(1)(2).  Specifically,

23   in addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust

24   fund account statement (or institutional equivalent) for the prisoner for the six-month period

25   immediately proceeding the filing of the complaint . . . obtained from the appropriate official of

26   each prison at which the prisoner is or was confined."  *Id*.  Here, the "Certificate" portion of

27   Plaintiff's IFP application is blank and was not completed and certified by an authorized official.

28   (*See* Doc. No. 2 at 2).

Accordingly, it is **ORDERED**:

1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to Plaintiff submitting a fully completed application.

2.   Within twenty-one (21) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by filing a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $402.00 filing fee for this action.

3.  Absent good cause, the Court will not grant any motions for extension of time.

4.  Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5.  The Clerk is directed to include a blank application to proceed *in forma pauperis* with this order.

Dated:    January 3, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE