UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAY MINOR,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET MIMMS,<br><br>    Defendant. | 1:22-cv-01612-HBK (PC)<br><br>ORDER TO SHOW CAUSE<br><br>TEN DAY DEADLINE |

Plaintiff Anthony Ray Minor initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on December 15, 2022, while detained in the Fresno County Jail. (Doc. No. 1). Because Plaintiff's application to proceed *in forma pauperis* failed to comply with § 1915(a)(1)(2), the Court ordered Plaintiff on January 4, 2023 to resubmit a completed application or pay the $402.00 filing fee within 21 days, with failure to timely do so cause for dismissal. (Doc. No. 5). As of the date of this Order, Plaintiff has neither paid the filing fee nor filed a completed application to proceed *in forma pauperis*. (*See* docket)

Federal Rule of Civil Procedure 41(b) permits courts to involuntarily dismiss an action when a litigant fails to prosecute an action or fails to comply with a court order. *See* Fed. R. Civ. P. 41(b); *see Applied Underwriters v. Lichtenegger*, 913 F.3d 884, 889 (9th Cir. 2019) (citations

omitted); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits, with which we agree, is that courts may dismiss under Rule 41(b) *sua sponte*, at least under certain circumstances."). Local Rule 110 similarly permits courts to impose sanctions on a party who fails to comply with a court order.

Accordingly, it is hereby **ORDERED**:

**Within 10 days** from receipt of this Order, Plaintiff shall comply with the Court's January 4, 2023 Order, or show cause why the Court should not recommend this case be dismissed without prejudice for Plaintiff's failure to prosecute this action and/or his failure to timely comply with the Court's January 4, 2021 Order.

Dated:   February 14, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE