# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MINOR,<br><br>            Plaintiff,<br><br>    v.<br><br>MARGARET MIMMS,<br><br>            Defendant. | Case No.  1:22-cv-1612 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE<br><br>(Doc. 9) |

Anthony Minor, a county jail inmate, is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge found Plaintiff failed to submit a proper application to proceed *in forma pauperis*, because the information concerning his trust fund account was not completed and certified by an authorized official.  (Doc. 5.)  Therefore, the magistrate judge denied the application without prejudice and ordered Plaintiff to submit a complete application to proceed *in forma pauperis* or pay the filing fee in full.  (*Id.* at 2.)  After Plaintiff failed to take either action, the magistrate judge issued an order to show cause, directing Plaintiff to show cause why the matter should not be dismissed.  (Doc. 6.)  The Court's order to show cause was returned as "undeliverable" with the notations "Unable to Forward, Not In Custody."

The magistrate judge issued Findings and Recommendations, recommending dismissal of this action for Plaintiff's failure to prosecute and comply with the Court's order.  (Doc. 9.)  The

Findings and Recommendations were served on Plaintiff, and it notified the parties that any objections were to be filed within 14 days. (*Id*. at 1, 4-5.) Plaintiff failed to file any objections and the time to do so has expired. (*See* docket.) To date Plaintiff has neither paid the filing fee in this matter nor filed a proper motion to proceed *in forma pauperis.* Thus, the matter cannot proceed before the Court at this time.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. Moreover, dismissal is appropriate for Plaintiff's failure to keep the court apprised of a proper mailing address as required under Local Rule 183, because more than 63 days have passed since the Court's mail was returned as undeliverable on March 16, 2023. Thus, the Court **ORDERS**:

1. The Findings and Recommendation, filed on April 4, 2023 (Doc. 9), are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to terminate pending motions and close this case.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

UNITED STATES DISTRICT JUDGE

2